UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAN BUTLER,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

CASE NO.   C06-5373 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION TO REVERSE DECISION OF THE COMMISSIONER AND REMAND FOR FURTHER CONSIDERATION

     This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Ms Butler to not be disabled be reversed and the matter be remanded to the administration for further consideration before a new administrative law judge. The Commissioner has not filed objections to the Report and Recommendation.

     The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The ALJ erred as described in the report;

    (3)    The matter is therefore **REMANDED** to the administration for further consideration as directed in the report; and

    (4)    The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel

and Magistrate Judge J. Kelley Arnold.

DATED this 2nd day of March, 2007.

 

 

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE