# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAN BUTLER

      v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5373FDB

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    The Court adopts the Report and Recommendation;

    The ALJ erred as described in the report; and

    The matter is therefore **REMANDED** to the administration for further consideration as directed in the report.

| | |
|---|---|
|   March 5, 2007 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M Gonzalez* |
| | Deputy Clerk |